1  Cynthia L. Fulton, Esq.  SBN 012480
   Fulton Friedman & Gullace LLP
2  2345 E. Thomas Rd., Ste. 460
   Phoenix, Az.  85016
3   (866) 563-0809
   cynthia.fulton@fultonfriedman.com
4  Attorney for Defendant

5

6              UNITED STATES DISTRICT COURT

7            IN AND FOR THE DISTRICT OF ARIZONA

8

9                                           Case No.:  CV 2011-01261 PHX GMS

   Jeremy Hass
10                                          **REQUEST FOR SETTLEMENT**
                Plaintiff                           **CONFERENCE**
11 Vs.

12
   American Express Bank, FSB, a federal savings
13 bank
                Defendants
14

15
        Defendant, American Express Bank, FSB, requests this Court set a Settlement
16
   Conference for this matter before a Magistrate Judge located in Phoenix, Arizona, as its client
17
   representative is expected to have to travel to the conference.
18
        Respectfully submitted this 8th day of June, 2012.
19
                                   Fulton  Friedman & Gullace, LLP
20

21
                                   /s/ Cynthia Fulton
22                                 Cynthia L. Fulton
                                   2345 E. Thomas Rd., Ste. 460
23                                 Phoenix, Az.  85016
                                   Attorneys for Defendant
24

25


                                    1

CERTIFICATE OF SERVICE

    I certify that on the 8th day of June, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy H. Barnes                    tim@thbpc.com
Timothy H. Barnes, P.C.
428 East Thunderbird Road, #150
Phoenix, Arizona 85022

                                              /s/ Cynthia Fulton
                                              Cynthia Fulton