IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Hass,<br><br>                Plaintiff,<br><br>vs.<br><br>American Express Bank, FSB, a federal savings bank,<br><br>                Defendant. | No. CV-11-1261-PHX-GMS<br><br>**ORDER** |

Pursuant to Defendant's Request for Settlement Conference (Doc. 24),

**IT IS HEREBY ORDERED** that this matter is referred to United States Magistrate Judge Lawrence O. Anderson for a settlement conference. Counsel are directed to jointly contact Judge Anderson's Chambers at (602) 322-7620 no later than **June 18, 2012** to schedule a date and time for the settlement conference and for instructions regarding preparation for such conference.

Dated this 11th day of June, 2012.

_____
G. Murray Snow
United States District Judge