TIMOTHY H. BARNES, P.C.
428 East Thunderbird Road, #150
Phoenix, Arizona 85022
(602) 492-1528 Direct
(602) 331-0731 Facsimile
tim@thbpc.com

Timothy H. Barnes (SBN 003373)
*Attorney for Plaintiff*

United States District Court for the
District of Arizona

| | |
|---|---|
| JEREMY HASS,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS BANK, FSB, a federal savings bank,<br><br>                    Defendant. | Civil Action No. 2:11-cv-1261-SMM<br><br>**NOTICE OF SETTLEMENT** |

Notice is given that the parties to this action have this date reached a settlement of this action. The parties will be documenting the settlement and will thereafter file a stipulation to dismiss this action.

Dated this  13th  day of December, 2012.

TIMOTHY H. BARNES, P.C.

By:  /s/ Timothy H. Barnes (SBN 003373)
     Timothy H. Barnes
     Attorneys for Plaintiff

Copy of the foregoing electronically filed
emailed this  13th  day of December, 2012, to:

Cynthia L. Fulton
FULTON, FRIEDMAN & GULLACE, P.C.
2345 E. Thomas Road, Suite 460
Phoenix, Arizona 85016
Attorneys for Defendant

   /s/ Carol J. Clark

1