TIMOTHY H. BARNES, P.C.
428 East Thunderbird Road, #150
Phoenix, Arizona 85022
(602) 492-1528 Direct
(602) 331-0731 Facsimile
tim@thbpc.com

Timothy H. Barnes (SBN 003373)
*Attorney for Plaintiff*

United States District Court for the
District of Arizona

| | |
|---|---|
| JEREMY HASS, | Civil Action No. 2:11-cv-1261-SMM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN EXPRESS BANK, FSB, a federal savings bank, | |
| Defendant. | |

Plaintiff Jeremy Hass and Defendant American Express Bank, by their counsel of record, stipulate that this action shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 17 day of December, 2012.

TIMOTHY H. BARNES, P.C.          FULTON, FRIEDMAN & GULLACE, P.C.

_____          _____
Timothy H. Barnes                Cynthia L. Fulton
Attorneys for Plaintiff          Attorneys for Defendant

1