**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jeremy Hass, | ) | No. CV-11-1261-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| American Express Bank, FSB, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 39.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, January 28, 2013 at 3:00 p.m.**

DATED this 19th day of December, 2012.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge